MARK G. HENNESS, ESQ.
Nevada Bar No. 5842
mghesq@hennessandhaight.com
JACOB S. SMITH, ESQ.
Nevada Bar No. 10231
jake@hennessandhaight.com
HENNSS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 862-8200
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA GROGAN, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an entity licensed to do business in Nevada; DOES I through X; and ROE CORPORATIONS, XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01044-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISOVERY DEADLINES**<br>**(First Request)** |

COMES NOW, Plaintiff, PAMELA GROGAN, by and through her counsel of record, MARK G. HENNESS, ESQ. and JACOB S. SMITH, ESQ. of the law firm of HENNESS & HAIGHT and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, BENJAMIN J. CARMAN, ESQ. of the law firm of RANALLI ZANIEL FOWLER & MORAN, and submit the following stipulation and order to extend discovery deadlines pursuant to LR 26-4 as follows:

**1. Summary of Discovery Completed**

All parties have provided initial witness lists and documents pursuant to FRCP 26 and supplements thereto. Plaintiff has executed authorizations served by Defendant. Plaintiff is

- 1 -

presently working to schedule the depositions of State Farm Adjuster, Kim Korich, as well as the 30(b)(6) witness(es) of State Farm. The parties are working to schedule the deposition of Plaintiff.

## 2. Discovery Remaining

The depositions of Plaintiff and Plaintiff's treating doctors must be completed. Written discovery may be propounded by both parties. Depositions of non-party witnesses and the parties' expert witnesses (once disclosed) need to be taken.

## 3. Reason Why Discovery Was Not Completed

Discovery in this matter is currently scheduled to close on April 13, 2018. Additional time is required to work through scheduling issues so that discovery may be completed. The parties have required additional time in order to coordinate the depositions of the Defendant's employees and corporate representatives. This is the parties' first request for an extension of discovery deadlines in this matter; therefore, the parties have agreed to an extension of the discovery deadlines to enable them to complete the remaining discovery.

## 4. Proposed Schedule for Completing Discovery

Accordingly, the parties respectfully request that this Court enter an order setting the following discovery plan and scheduling order dates:

| Event | Former Deadline | New Deadline |
| --- | --- | --- |
| Discovery Deadline | 04/13/18 | 06/13/18 |
| Motions to Amend Pleadings and Add Parties | 01/12/18 | 03/12/18 |
| Initial Expert Designations | 02/12/18 | 04/12/18 |
| Rebuttal Expert Designations | 03/14/18 | 05/14/18 |
| Dispositive Motions | 05/14/18 | 07/13/18 |
| Joint Pre-Trial Order | 06/13/18 | 08/13/18 |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

Counsel further states that the requested extension of the discovery deadline is not intended for purposes of delay, but rather for the purposes set forth hereinabove.

Dated this 12th day of February, 2018.  Dated this 12th day of February, 2018.

HENNESS & HAIGHT  RANALLI ZANIEL FOWLER & MORAN, LLC

 /s/ JACOB S. SMITH, ESQ.   /s/ BENJAMIN J. CARMAN, ESQ. 
MARK G. HENNESS, ESQ.  GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5842  Nevada Bar No. 5748
JACOB S. SMITH, ESQ.  BENJAMIN J. CARMAN, ESQ.
Nevada Bar No. 10231  Nevada Bar No. 12565
8972 Spanish Ridge Avenue  2400 West Horizon Ridge Parkway
Las Vegas, Nevada  89148  Henderson, Nevada  89052
*Attorney for Plaintiff*  *Attorneys for Defendant*

## **ORDER**

IT IS SO ORDERED this 13th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

HENNESS & HAIGHT

 /S/ JACOB S. SMITH, ESQ. 
MARK G. HENNESS, ESQ.
Nevada Bar No. 5842
JACOB S. SMITH, ESQ.
Nevada Bar No. 10231
8972 Spanish Ridge Avenue
Las Vegas, Nevada  89148
*Attorney for Plaintiff*