**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**BENJAMIN J. CARMAN, ESQ.**
Nevada Bar No. 12565
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **PAMELA GROGAN, individually**<br><br>Plaintiff,<br><br>v.<br><br>**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an entity licensed to do business in Nevada; DOES I through X; and ROE CORPORATIONS, XI through XX, inclusive**<br><br>Defendant | 2:17-cv-01044-APG-VCF<br><br>***SUBMITTED IN COMPLIANCE WITH LR 26-1(e)*** |

### STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES
#### (THIRD REQUEST)

Pursuant to Local Rules 6-1 and 26-4, the parties, by and through their respective counsel of record, hereby stipulate to and request that the Court extend the deadlines by thirty days.

**A. STATEMENT SPECIFING THE DISCOVERY COMPLETED:**

The following discovery has been completed by the parties:

1. Defendant's Initial Disclosure, pursuant to FRCP 26(f);
2. Plaintiff's Initial Disclosure, pursuant to FRCP 26(f);
3. Plaintiff's Responses to Defendant's First Set of Request for Admissions;
4. Plaintiff's Responses to Defendant's First Set of Interrogatories;
5. Plaintiff's Responses to Defendant's First Set of Request for Production of Documents;
6. Defendant's Responses to Plaintiff's First Set of Requests for Production of Documents;
7. The deposition of Kim Korich has been set for June 5, 2018;
8. The deposition of Plaintiff has been set for June 8, 2018;

**B. A SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED:**

1. Depositions of the Person Most Knowledgeable from Plaintiff's medical providers relevant to treatment rendered to Plaintiff since the date of this accident;
2. Deposition of Defendant's representatives;

3.   Disclosures of Plaintiff and Defendant's experts;
         4.   Depositions of Plaintiff and Defendant's experts;
         5.   To the extent necessary, parties may also propound
              additional written discovery and/or follow up on the
              discovery already propounded.

**A.   THE REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY ORDER:**

Both parties have been working to move this matter forward. At this time both parties are requesting are requesting an additional thirty days to complete the remaining discovery. The parties have been trying to accommodate requests for depositions of Ms. Korich, and there was a recent medical issue that delayed the deposition of the plaintiff. Moreover, defense counsel had a seemingly firm trial in a matter shift, resulting in severe scheduling problems through most of April and into the first week of May. Both parties believe that the additional time will allow the parties to retain their experts and obtain the remaining depositions.

**D.   A PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY:**

|  | **Old Deadline** | **New Deadline** |
|---|---|---|
| Discovery Cut off: | 07/27/2018 | 08/27/2018 |
| Amending Pleadings & Adding Parties: | 04/26/2018 | CLOSED |
| Expert Disclosure: | 05/28/2018 | 06/28/2018 |

| | | |
|---|---|---|
| Rebuttal of Experts: | 06/28/2018 | 07/30/2018 |
| Dispositive Motions: | 08/27/2018 | 09/28/2018 |
| Pretrial Order: | 09/27/2018 | 10/29/2018 |

**F. SAID REQUEST IS NOT BEING MADE FOR PURPOSES OF UNDULY DELAYIN DISCOVERY OR THE TRIAL OF THIS MATTER.**

Dated: May 27th, 2018                    Dated: May 27th, 2018

**RANALLI ZANIEL FOWLER & MORAN, LLC**              **HENNESS & HAIGHT**

/s/ Benjamin Carman                      /s/ Jacob Smith
GEORGE M. RANALLI, ESQ.                  MARK G. HENNESS, ESQ.
Nevada Bar No. 5748                      Nevada Bar No. 5842
BENJAMIN J. CARMAN, ESQ.                 JACOB S. SMITH, ESQ.
Nevada Bar No. 12565                     Nevada Bar No. 10231
2400 W. Horizon Ridge Parkway            8972 Spanish Ridge Ave.
Henderson, Nevada 89052                  Las Vegas, NV 89148
Attorneys for Defendant                  Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED:

Dated: 6-11-2018

_____
UNITED STATES MAGISTRATE JUDGE

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.